IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CEDRIC GREENE** **PLAINTIFFS**

**v.** **No. 3:26-cv-141-DPM**

**KAISER PERMANENTE, INC.** **DEFENDANT**

# ORDER

**1.** The application to proceed *in forma pauperis, Doc. 1,* is granted. Greene reports living on government assistance and no savings.

**2.** Because of earlier vexatious and frivolous cases, Greene is on the restricted filer list. The Court has examined the complaint in this case. It is more of the same. The complaint will therefore be dismissed without prejudice. *Denton v. Hernandez*, 504 U.S. 25, 32–33 (1992).

So Ordered.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

2 November 2026